IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KARENGA N. BROWN,

    Petitioner,                      No. CIV S-06-1039 DFL EFB P

    vs.

JEANNE WOODFORD, Director,

    Respondent.                <u>ORDER TO SHOW CAUSE</u>

_____/

        Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On September 11, 2006, respondent filed a motion to dismiss. On September 18, 2006, the Clerk issued a Notice of Local Rule 78-230 advising petitioner of his obligation to file an opposition or statement of non-opposition to the motion. Although granted an extension of time within which to do so, petitioner has still not filed an opposition to the motion. Local Rule 78-230(m) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ."

////

////

////

1

1  Good cause appearing, IT IS HEREBY ORDERED that petitioner show cause,
2 within fourteen days, why respondent's September 11, 2006, motion to dismiss should not be
3 granted.  Failure to do so will result in a recommendation that this action be dismissed.
4 DATED:   November 20, 2006.

*[Signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE