|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KARENGA N. BROWN,

    Petitioner,                        No. CIV S-06-1039 RRB EFB P

    vs.

DERRAL ADAMS[1], Warden,        ORDER AND
                                         FINDINGS AND RECOMMENDATIONS

    Respondent.

_____/

       Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. 2254. He challenges a 1996 Sacramento County Superior Court judgment of conviction for possession of cocaine for sale and the enhancement of his sentence based on findings that he previously had been convicted of felonies. On September 11, 2006, respondent moved to dismiss this action on the grounds that petitioner failed to exhaust available state remedies and that the petition is untimely. In that motion respondent, in a footnote, observed that petitioner previously has challenged the conviction he now attacks in this petition. On November 9, 2006, petitioner filed a motion to dismiss this action while he exhausted available state remedies. On

---

[1] Derral Adams, not Jeanne Woodford, is the current warden at California State Prison, where petitioner presently is confined. Accordingly, he is substituted as the respondent. *See* Fed. R. Civ. P. 25(d)(1).

1

1  December 21, 2006, petitioner opposed respondent's motion.  For the reasons explained herein,
2  the court finds that this action must be dismissed on the ground that it is second or successive.
3        Before a federal district court may entertain a second or successive petition, the petitioner
4  must obtain permission from the appellate court.  28 U.S.C. § 2244(b)(3)(A).   A petition is
5  second or successive if it presents claims that were or could have been adjudicated on the merits
6  in an original petition.  *Cooper v. Calderon*, 274 F.3d 1270, 1273 (9th Cir. 2001).  The court has
7  compared the petition in this action to that in *Brown v. Pliler*, No. Civ. S 99-1858 WBS DAD P.
8  In *Brown,* petitioner challenged the same 1996 Sacramento County conviction on the grounds
9  that (1) his conviction was obtained by the use of evidence obtained in an unconstitutional search
10 and seizure; (2) his conviction was obtained by use of evidence seized following an unlawful
11 arrest; (3) his conviction violated the prohibition against double jeopardy; and (4) petitioner did
12 not consent to the search of his mouth, which was not a valid parole search.  On August 12,
13 2002, the court determined that petitioner was not entitled to habeas corpus relief, and judgment
14 was entered.  In the present action, petitioner claims that the trial court denied him procedural
15 due process by considering his prior convictions for sentencing purposes and his appellate
16 attorney rendered constitutionally ineffective assistance.  Petitioner could have raised these
17 claims in the 1999 petition.  He has not shown that he has obtained an order from the appellate
18 court authorizing this court to consider the petition.
19       In light of these findings, it is ORDERED that:
20       1. Respondent's September 11, 2006, motion to dismiss is denied without prejudice; and
21       2. Petitioner's November 9, 2006, motion to dismiss is denied without prejudice.
22       Further, it is RECOMMENDED that this action be dismissed as a second or successive
23 petition.  *See* 28 U.S.C. § 2244(b)(3)(A).
24       These findings and recommendations are submitted to the United States District Judge
25 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 20 days after
26 being served with these findings and recommendations, any party may file written objections

1  with the court and serve a copy on all parties.  Such a document should be captioned "Objections
2  to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the
3  specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158
4  F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
5  Dated:  September 13, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE